IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Criminal Action No. 07-cr-00188-WDM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

12.  JOSE MUNOZ,

    Defendant.

_____

**ORDER**
_____

    This matter is before me on the motion of defendant Jose Munoz to be relocated from Douglas County Jail to a facility nearer to defense counsel because counsel has visual and physical disabilities making "extensive driving difficult and dangerous." Counsel seeks to shorten his drive from approximately 29 miles to 13 or 14 miles.

    Certainly the court seeks to accommodate all people with physical limitations in their access to the court. I am reluctant, however, to extend this court's reach beyond the court premises absent a strong showing of necessity. Given the reality that the United States Marshal Service is inadequately staffed, convenience of counsel would not justify imposing additional burdens upon the Service. I also observe that if it is dangerous for defense counsel to drive 29 miles it is presumably dangerous for him to drive the first 13 or 14 miles and hence the most sensible solution is for counsel to use

PDF FINAL

means of transportation other than his own driving.

Accordingly, defendant's motion is denied.

DATED at Denver, Colorado, on November 20, 2007.

BY THE COURT:


s/ Walker D. Miller
United States District Judge