IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE WALKER D. MILLER

Courtroom Deputy: LaDonne Bush          Date: June 11, 2009
Court Reporter: Janet Coppock
Probation Officer: Michelle Means

Criminal Action No. 07–cr–00188–WDM-12

Parties:                                Counsel:

UNITED STATES OF AMERICA,               Colleen Covell

     Plaintiff,

vs.

12.  JOSE MUNOZ,                        Scott Robinson

     Defendant.

## SENTENCING - COURTROOM  MINUTES

10:09 a.m.    Court in session.

Defendant present and in custody.

Defendant entered his plea of guilty on July 30, 2008 to Count One of the Second
Superseding Indictment and admitted Count Sixty-Four of the Second Superseding
Indictment.

The statement of facts in the Plea Agreement and the Presentence Report are not
disputed by the parties and are adopted in the Court's factual findings in this case.  The
report is incorporated by reference as part of the Court's findings and conclusions with
amendments as noted on the record.

Statements by Nelly Bernal and Esmeralda Flores.

Statements by Mr. Robinson and Defendant.

Statement by the Court regarding defendant's offense level, criminal history level, and sentencing guidelines range.

**ORDERED:**   Government's §5K1.1 Motion for Downward Departure Based on Substantial Assistance (Doc. 961) is granted.

**ORDERED:**   Defendant shall be imprisoned for 194 months.

**ORDERED:**   Upon release from imprisonment, defendant shall be placed on supervised release for a period of five years.

**ORDERED:**   Conditions of supervised release that:

(X    Within 72 hours of release from the custody of the Bureau of Prisons, Defendant shall report in person to the probation office in the district to which Defendant is released.
(X)    Defendant shall not commit another federal, state or local crime.
(X)    Defendant shall not unlawfully possess a controlled substance.
(X)    Defendant shall not possess a firearm.
(X)    Defendant shall comply with standard conditions adopted by this court.
(X)    Defendant shall refrain from the unlawful use of a controlled substance and submit to one drug test within 15 days of release on supervised release and two periodic drug tests thereafter.
(X)    Defendant shall cooperate in the collection of DNA as directed by the probation officer.

**ORDERED**:   Special condition of supervised release:

(X)    Defendant shall participate in a program of testing and treatment for drug and alcohol abuse as directed by the probation officer until such time as defendant is released from the program by the probation officer. Defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment.  Defendant may be required to pay the cost of treatment as directed by the probation officer.
(X)    Defendant shall participate in a program of mental health treatment, as directed by the probation officer, until such time as Defendant is released from the program by the probation officer.  Defendant may be required to pay the cost of treatment as directed by the probation officer.  The probation officer is authorized to release psychological reports and/or the presentence report to the treatment agency for continuity of treatment.

2

**ORDERED:**   Defendant shall pay a special assessment of $100.

**ORDERED:**   Fine is waived because Defendant has no ability to pay a fine.

**ORDERED:**   Defendant's plea of guilty to Count One of the Second Superseding Indictment and admission to Count Sixty-Four of the Second Superseding Indictment are accepted.

Defendant is advised of right to appeal. Any notice of appeal must be filed within 10 days.

Court recommends that the Bureau of Prisons place Defendant at a facility in Colorado.

Defendant is remanded to the custody of the United States Marshal.

**ORDERED**:   Government's Motion to Dismiss Remaining Counts of the Second Superseding Indictment (Doc. 1031) is granted.

10:46 a.m.   Court in Recess

Time:   00:37
Hearing concluded.